# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **COUNTY OF EL PASO, TEXAS,** | § | |
| | § | |
|   Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-09-CV-119-KC |
| | § | |
| **LUTHER JONES et al.,** | § | |
| | § | |
|   Defendants. | § | |

## ORDER

On this day, the Court considered Plaintiff's Motion for Voluntary Dismissal, ECF No. 236, filed on April 18, 2023, in the above-captioned case. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Motion for Voluntary Dismissal, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 20th day of April, 2023.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE